MICKLE, Respondent, v. FARRELL, Appellant. (Supreme Court, Appellate Division, Third Department. May 6, 1903.) Action by Harrison Mickle against Edward D. Farrell, as receiver of the Cobleskill Quarry Company. No opinion. Judgment and order unanimously affirmed, with costs.

MILANESE, Appellant, v. MARINI, Respondent. (Supreme Court, Appellate Division, Second Department. March 6, 1903.) Action by Angelo Milanese against Pasquale Marini. No opinion. Motion to dismiss appeal granted.

In re MILLARD. (Supreme Court, Appellate Division, Fourth Department. March 17, 1903.) In the matter of the application of Walter H. Millard to lay out a highway in the town of West Turin, Lewis county, New York. No opinion. Order affirmed, with costs.

MILLER et al., Respondents, v. NASSAU COUNTY, Appellant. (Supreme Court, Appellate Division, Second Department. March 20, 1903.) Action by Henry Miller and another against the county of Nassau. No opinion. Judgment and order affirmed, with costs.

MITCHELL, Respondent, v. DOETSCH, Appellant. (Supreme Court, Appellate Division, Third Department. March 17, 1903.) Action by Elias Mitchell, as administrator of the estate of Lucy Mitchell, deceased, against Herman Doetsch. No opinion. Judgment modified, by deducting therefrom $9.24, and, as so modified, judgment and order unanimously affirmed, with costs.

MOORE, Respondent, v. FEUERSTEIN, Appellant. (Supreme Court, Appellate Division, Second Department. April 24, 1903.) Action by Frederick W. Moore against Bertha Feuerstein, doing business under the name and style of S. Feuerstein. No opinion. Motion to dismiss appeal granted, with $10 costs, unless the appellant serve the appeal papers within 10 days, and stipulate to argue the case when reached on the May calendar, in which event the motion to dismiss the appeal is denied, without costs.

MORGAN, Respondent, v. RILEY et al., Appellants. (Supreme Court, Appellate Division, Third Department. March 11, 1903.) Action by Richard Morgan against John B. Riley and Martin V. B. Turner. No opinion. Interlocutory judgment unanimously affirmed, with costs.

MOSHER, Appellant, v. McCHESNEY, Respondent. (Supreme Court, Appellate Division, Fourth Department. March 10, 1903.) Action by Henry Mosher, as administrator, against George H. McChesney. No opinion. Judgment and order affirmed, with costs.

MOTZ, Respondent, v. BROGLE, Appellant. (Supreme Court, Appellate Division, Second Department. May 1, 1903.) Action by Elizabeth Motz, as executrix, etc., of Jacob Motz, deceased, against Anton Brogle. No opinion. Judgment and order affirmed, with costs.